# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL SCOTT HARRIS,

*Petitioner*

v.

SHERI M. MILLER,

*Respondent*

)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. McAVOY, CLERK

Civil Action No. 4:19-CV-5156-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petitioner's construed Motion to Voluntarily Dismiss (ECF No. 5) is GRANTED. Petitioner's Petition is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a construed Motion to Voluntarily Dismiss (ECF No. 5).

Date: August 16, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb